# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| **JULIE SLOCUM,** on behalf of herself and all others similarly situated, | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case No. 2:16-CV-04120-NKL |
| **GERBER PRODUCTS CO., d/b/a NESTLÉ NUTRITION, NESTLÉ INFANT NUTRITION, and NESTLÉ NUTRITION NORTH AMERICA,** | ) ) ) ) ) ) | |
| **Defendant.** | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant moves this Court for an order extending the time to file a responsive pleading. Under Fed. R. Civ. P. 81(c), Defendant's responsive pleading is due April 25, 2016. Defendant respectfully requests an additional thirty (30) days to file its responsive pleading, to May 25, 2016. Counsel for Plaintiff has been contacted by counsel for Defendant and does not oppose this request.

WHEREFORE, good cause exists to extend the time for filing Defendant's responsive pleading for 30 days.

Respectfully submitted,

**STINSON LEONARD STREET LLP**

By: /s/ *Jeremy A. Root*
Jeremy A. Root, MO Bar # 59451
Erin M. Naeger, MO Bar # 66103
230 W. McCarty Street
Jefferson City, Missouri 65101
(573) 636-6263 (Telephone)
(573) 636-6231 (Facsimile)
jeremy.root@stinson.com
erin.naeger@stinson.com

*Attorneys for Defendant*
*Gerber Products Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was forwarded this 19th day of April, 2016, by first class mail, postage prepaid to:

Christopher S. Shank, Esq.
David L. Heinemann, Esq.
Stephen J. Moore, Esq.
1968 Shawnee Mission Parkway, Suite 100
Mission Woods, MO 66205

*/s/ Jeremy A. Root*

CORE/9990000.7006/123566966.1